Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Thomas J. Cummings
Tinamarie Fisco
Nicholas Tarkazikis
Michael P. Towey

*Of Counsel*
David L. Posner
Ellen L. Baker
Richard J. Olson
Hon. Albert M. Rosenblatt
James Kimmel
James E. Nelson, Jr.

John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*
J. Joseph McGowan *1936-2022*



McCABE & MACK LLP
ATTORNEYS AT LAW
mccm.com

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com

January 18, 2024

**Via ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601

RE:     Murphy v. Backer
        7:22-CV-01420-PMH/PED
        Our File No. 5050-160

> Application granted. The telephone case management conference scheduled for March 5, 2024 is adjourned to March 14, 2024 at 10:00 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 18, 2024

Dear Judge Halpern:

We are in receipt of Your Honor's so-ordered letter adjourning the February 1, 2024 conference to March 5, 2024.  I would respectfully request that the March 5, 2024 conference be adjourned as I am scheduled to be out of the country from March 4, 2024 to March 13, 2024.

We appreciate the court's consideration of this request.

Respectfully yours,

McCABE & MACK LLP

*Kimberly Hunt Lee*

KIMBERLY HUNT LEE

KHL/dmf
cc:     William O. Wagstaff III, Esq./The Wagstaff Firm, P.C.